UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| M.D.B.,<br><br>          Plaintiff,<br><br>     v.<br><br>NANCY A. BERRYHILL,<br><br>          Defendant. | Case No. 19-cv-02435-LB<br><br>**JUDGMENT** |

On July 20, 2020, the court granted the plaintiff's motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the plaintiff and against the defendant. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 20, 2020

_____

LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 19-cv-02435-LB